United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE BELL,<br><br>      Plaintiff<br>v.<br><br>BRITISH AIRWAYS, PLC, et al.,<br><br>      Defendants<br>_____/ | No. C-06-4588 MMC<br><br>**ORDER OF REFERRAL** |

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to Magistrate Judge Edward M. Chen for consideration of whether the case is related to Pahlavan v. British Airways, Plc, et. al., C-06-3905 EMC.

**IT IS SO ORDERED.**

Dated: July 31, 2006

                                                MAXINE M. CHESNEY
                                                United States District Judge